UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Luis VALENZUELA-Pineira,<br><br>Defendant, | Magistrate Docket No.<br><br>**'08 MJ 0837**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C., Section 1361<br>Destruction of Government property |

The undersigned complainant, being duly sworn, states:

On or about **March 13, 2008** within the Southern District of California, defendant, **Luis VALENZUELA-Pineira** did willfully injure and commit a depredation against property of the United States, thereby causing damage to such property in excess of $100.00; in violation of Title 18, United States Code, Section 1361.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 17th DAY OF **March, 2008**

_____
Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Luis VALENZUELA-Pineira

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On March 13, 2008 Border Patrol Agent J. Nesbit was conducting linewatch operations in the Imperial Beach Border Patrol Station's area of operation. At 9:30 PM Agent Nesbit responded to a radio call of three individuals who were running north towards an area known as "the Gorilla Cage". The Gorilla Cage is the name given to a large metallic 8 foot by 8 foot cube shaped cage placed over the mouth a 7 foot diameter drainage tube located approximately 50 yards north of the U.S./Mexico border and approximately one and a half miles west of the port of entry at San Ysidro, California. This tube drops below the surface then elbows north for approximately one quarter of a mile and comes out near the intersection of Dairy Mart Road and Clearwater Street in San Ysidro. Before the cage was placed over the tube illegal immigrants used this tube extensively to further their entry into the United States undetected. The Border Patrol, an agency of the United States Government, fabricated the cage and placed it over the tube opening to foil attempts at entering the United States in this fashion. The Border Patrol also monitors and maintains this cage on a routine basis and is responsible for its integrity.

When Agent Nesbit arrived on scene he observed the defendant, **Luis VALENZUELA-Pineira** and two other individuals running south from the Gorilla Cage toward the boundary fence. Agent Nesbit observed that a hydraulic jack had been placed between the metal bars on the cage. He observed that the defendant, while running, had a handsaw and pair of pliers in his hands. Also, a screwdriver was in his back pocket. Agent Nesbit identified himself as a Border Patrol Agent and attempted to stop the defendant. Agent Nesbit apprehended the defendant and queried him as to his immigration status. The defendant admitted that he is a national and citizen of Mexico illegally present in the United States. At 9:35 PM Agent Nesbit placed the defendant under arrest and transported him to Imperial Beach Border Patrol Station for processing. Agent Nesbit also seized the hydraulic jack and hand tools found on the defendant.

The defendant was advised of his rights as per the Miranda Warning. The defendant understood his rights and agreed to be interviewed without representation. The defendant admitted to being a citizen of Mexico illegally present in the United States. The defendant admitted that he made arrangements to be smuggled into the United States for $2500 US. His smuggling fee would be waived if he was willing to assist breaking the bars on the Gorilla Cage. The defendant agreed. The defendant admitted that he assisted in an attempt to break the bars by carrying the tools needed from Mexico into the United States. The defendant admits that he was present when the Gorilla Cage was being compromised.

Executed on March 15, 2008 at 9:00 a.m.

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on March 13, 2008, in violation of Title 18, United States Code, Section 1361.

_____        3/15/08   9:30 AM
Louisa S. Porter                  Date/Time
United States Magistrate Judge