AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| LUIS VALENZUELA-PINEIRA | CASE NUMBER: 08cr1111-BTM |

I, LUIS VALENZUELA-PINEIRA, the above named defendant, who is accused of:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Luis Alfonso Valenzuela
LUIS VALENZUELA-PINEIRA
Defendant

SIRI SHETTY
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
APR 10 2008
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY